**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

EVERETT T. PEONE                                                                                    PLAINTIFF

v.                                                2:12-cv-00083-KGB-JJV

USA; *et al.*                                                                                         DEFENDANTS

### PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge

Kristine B. Baker.  Any party may serve and file written objections to this recommendation.

Objections should be specific and should include the factual or legal basis for the objection.

If the objection is to a factual finding, specifically identify that finding and the evidence that

supports your objection.  An original and one copy of your objections must be received in the

office of the United States District Court Clerk no later than fourteen (14) days from the date

of the findings and recommendations.  The copy will be furnished to the opposing party.

Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different,

or additional evidence, and to have a new hearing for this purpose before either the District

Judge or Magistrate Judge, you must, at the time you file your written objections, include the

following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a hearing is

granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy or the original of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

### I.      ANALYSIS

On May 8, 2012, Mr. Peone filed a *pro se* Complaint (Doc. No. 1) pursuant to 42 U.S.C. § 1983, without payment of the filing fee or an Application to Proceed Without Prepayment of Fees and Affidavit (Application).  The Court ordered him to submit within thirty days either the $350 filing fee or a proper and complete Application.  (Doc. No. 2.) Mr. Peone was warned that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.  (*Id.*)  The Clerk of the Court mailed the Order to Mr. Peone at Butler Federal Correctional Institution (Doc. No. 3); but on May 22, 2012, it was returned as undeliverable (Doc. No. 6) with a notation that he had been released.

It is Plaintiff's responsibility to promptly notify the Clerk of his current address and

2

to prosecute the action diligently.[1]  Without a current address, it is impossible for the Court

to communicate with Plaintiff.   Over three months have passed since Mr. Gregory initiated

this action and no change of address has been filed.  The Court thus finds that his Complaint

(Doc. No. 2) should be DISMISSED without prejudice.

## II.     CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1.      Plaintiff's Complaint (Doc. No. 2) should be DISMISSED without prejudice.

2.      The Court should certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma*

*pauperis* appeal from an Order adopting these recommendation and the accompanying

Judgment would not be taken in good faith.

DATED this 27th day of August, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1]Local Rule of the Court 5.5(c)(2), states: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number.  If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."