IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**EVERETT T. PEONE**                                                                                      **PLAINTIFF**

V.                                           No. 2:12-cv-00083 KGB

**USA** *et al.*                                                                                                **DEFENDANTS**

## ORDER

Everett T. Peone has filed an objection to the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe. Mr. Peone's objection is hereby referred to Judge Volpe for consideration (Dkt. No. 9).

SO ORDERED this 2nd day of October, 2012.

_____
Kristine G. Baker
United States District Judge