**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**EVERETT T. PEONE**                                                                                    **PLAINTIFF**

V.                                              No. 2:12-cv-00083 KGB

**USA** *et al.*                                                                                           **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court declines to adopt the Proposed Findings and Recommendations. This matter is hereby referred to Judge Volpe for recommended disposition, as appropriate.

SO ORDERED this 3rd day of October, 2012.

_____
Kristine G. Baker
United States District Judge