IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**EVERETT T. PEONE**                                                                               **PLAINTIFF**

V.                         No. 2:12-CV-00083-KGB

**USA, ET AL.**                                                                         **DEFENDANTS**

## ORDER

In accordance with Local Rule 16.2, the Initial Scheduling Order dated February 5, 2013 (Dkt. No. 5) is vacated. A Final Scheduling Order will be issued.

SO ORDERED this 27th day of February, 2013.

_____
Kristine G. Baker
United States District Judge