IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**EVERETT T. PEONE**                                                                                      **PLAINTIFF**

V.                                        No. 2:12-CV-00083-KGB

**USA, ET AL.**                                                                                          **DEFENDANTS**

## ORDER

The trial of this matter will be held in the Richard Sheppard Arnold United States Courthouse, Courtroom 4C, 500 West Capitol, Little Rock, Arkansas, 72201.

SO ORDERED this 28th day of February, 2013.

_____
Kristine G. Baker
United States District Judge