# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**EVERETT T. PEONE**                                                                                    **PLAINTIFF**

v.                                    Case No. 2:12-cv-83 KGB

**UNITED STATES OF AMERICA**                                                            **DEFENDANT**

## ORDER

Before the Court is plaintiff Everett Peone's motion for settlement conference (Dkt. No. 58). Mr. Peone requests that the Court refer this matter to a Magistrate Judge to conduct a settlement conference between the parties. For good cause shown, the Court grants Mr. Peone's motion and hereby refers this matter to United States Magistrate Judge Joe J. Volpe for the final scheduling of a settlement conference.

SO ORDERED this 31st day of March, 2015.

_____
Kristine G. Baker
United States District Judge