IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**EVERETT T. PEONE**                                                                        **PLAINTIFF**

**v.**                              **Case No. 2:12-cv-00083 KGB**

**UNITED STATES OF AMERICA**                                        **DEFENDANTS**

## ORDER

Before the Court is a joint motion to dismiss with prejudice (Dkt. No. 107). In the motion, the parties represent that they have reached a settlement in this case eliminating the need for both the settlement conference scheduled for August 23, 2019, and the trial date of August 26, 2019 (*Id.*, ¶ 1). The parties request that the Court retain jurisdiction over the settlement agreement for a period of 90 days from the date of this Order to enforce the terms of the agreement (*Id.*, ¶ 2). The parties submit that, if additional time is needed, the parties will move for an extension of that time period (*Id.*).

For good cause shown, the Court grants the parties' joint motion to dismiss with prejudice (Dkt. No. 107). The Court will retain jurisdiction over the settlement agreement for a period of 90 days from the date of this Order to enforce the terms of the agreement.

It is so ordered this 19th day of August, 2019.

                                                               _/s/ Kristine G. Baker_
                                                               Kristine G. Baker
                                                               United States District Judge